**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ALEX NEFTALI LAZO-UBEDA** | **CIVIL CASE NO. 26-2923 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN PINE PRAIRIE CORRECTIONAL CENTER, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM RULING AND ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. Doc. 1) filed by Petitioner Alex Neftali Lazo-Ubeda ("Petitioner"). At the time of filing, Petitioner was an immigration detainee at the Pine Prairie ICE Processing Center in Pine Prairie, Louisiana.[1] According to the Executive Office for Immigration Review and the online detainee locator service, Petitioner was ordered to be removed[2] and is no longer detained.[3] Respondents filed a Notice of Removal confirming that the Petitioner has been removed.[4]

An alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); *Dien Thanh Ngo v. Johnson*,

[1] R. Doc. 1 at p 2.

[2] https://acis.eoir.justice.gov/en/caseInformation

[3] https://locator.ice.gov/odls/#/results

[4] R. Doc. 10

3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019); 28 U.S.C. § 2241.

Because Petitioner has been deported, **IT IS ORDERED** that the Petition for Writ of Habeas Corpus (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** this 3rd day of November, 2026.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**